**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **JUAN M. ESPARZA,** | § | |
| **Institutional ID No. 67544-079,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **1:08-CV-118-BI** |
| | § | **ECF** |
| **BUREAU OF PRISONS and** | § | |
| **RODNEY CHANDLER, Warden,** | § | |
| | § | **Assigned to** |
| **Defendants.** | § | **United States Magistrate Judge** |

## JUDGMENT

For all the reasons set forth in the Order to Dismiss with Prejudice as Frivolous filed of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims against all Defendants are dismissed with prejudice.

This Judgment shall be a final judgment as to those claims.

DATED this 9th day of February, 2009.

Philip R. Lane

**PHILIP R. LANE**
**UNITED STATES MAGISTRATE JUDGE**